# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BRANDY R. MCKINNON, § | |
| § | |
| *Plaintiff*, § | Case No. 2:18-CV-00179-JRG-RSP |
| § | |
| v. § | |
| § | |
| HOBBY LOBBY STORES, INC., KIM § | |
| GREENLEE, STORE MANAGER AT § | |
| STORE #36; § | |
| § | |
| *Defendants*. § | |

## ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Now before the Court is the Report & Recommendation (Dkt. No. 27) by Magistrate Judge Payne, which recommends that Defendants' Motion to Dismiss (Dkt. No. 8) be denied. No party has objected to the Report & Recommendation.

Having reviewed Magistrate Judge Payne's report, Defendants' motion, and Plaintiff's responses (Dkt. Nos. 5614 and 15), the Court concludes Magistrate Judge Payne's Report & Recommendation is correct. The Report & Recommendation (Dkt. No. 27) is hereby **ADOPTED**. Accordingly, Defendants' Motion to Dismiss (Dkt. No. 8) is **DENIED**.

**So ORDERED and SIGNED this 26th day of November, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE