IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRANDY R. MCKINNON, § § *Plaintiff*, § § v. § § HOBBY LOBBY STORES, INC. AND § KIM GREENLEE § § *Defendants*. § § | Case No. 2:18-CV-00179-JRG-RSP |

## ORDER

Previously, Plaintiff Brandy McKinnon moved to nullify an arbitration award issued in favor of defendants Hobby Lobby Stores, Inc. ("HLS") and Kim Greenlee. Dkt. No. 81. In addition, HLS and Greenlee moved to confirm the same. Dkt. No. 87. Magistrate Judge Payne entered a Report and Recommendation. Dkt. No. 90. The parties filed objections thereto. Dkt. Nos. 94, 96. After a review of the objections, Magistrate Judge Payne entered a Supplemental Report and Recommendation, Dkt. No. 97, recommending (1) the denial of McKinnon's motion to nullify arbitration and (2) the grant of HLS's motion to confirm arbitration and dismiss with prejudice McKinnon's claims against HLS and Greenlee. McKinnon filed a further objection, Dkt. No. 99.

After conducting a *de novo* review of the relevant filings, the Court agrees with the reasoning provided within the Report and Recommendation, Dkt. No. 90, as supplemented, Dkt. No. 97, and concludes that the McKinnon's Objections fail to show that the Report and Recommendation, Dkt. No. 90, as supplemented, Dkt. No. 97, was erroneous. Consequently, the Court **OVERRULES** McKinnon's Objections and **ADOPTS** the Report and Recommendation, Dkt. No. 90, as supplemented, Dkt. No. 97, and orders that McKinnon's motion to nullify

arbitration, Dkt. No. 81, is **DENIED** and that HLS's and Greenlee's motion to confirm arbitration, Dkt. No. 87, is **GRANTED** to confirm arbitration and **DISMISS-WITH-PREJUDICE** McKinnon's claims against HLS and Greenlee.

### So Ordered this

Aug 1, 2022

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE